

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Royce Wayne Sewell, Appellant

No. 06-14-00038-CR      v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1323375). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

     As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

     We further order that the appellant, Royce Wayne Sewell, pay all costs of this appeal.

RENDERED APRIL 24, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk